United States District Court
Eastern District of Michigan
Southern Division

Elreta Dodds,

    Plaintiff,

v.

Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services,

    Defendant.

Civil No. 25-10603

Honorable Matthew F. Leitman
Mag. Judge Elizabeth A. Stafford

## Order Granting Ex Parte Motion for Stay During Lapse of Appropriations

The Court grants Defendant's Ex Parte Motion for Stay During Lapse of Appropriations. This matter is stayed until the Court receives notice that Congress has appropriated funds for the Department of Justice, or until further order of the Court.

**IT IS SO ORDERED**.

s/Elizabeth A. Stafford
Hon. Elizabeth A. Stafford
United States Magistrate Judge

Dated: October 23, 2025